# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:09-cr-00034-RCJ-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GENARO GAMEZ-MACIAS, ) | |
| ) | |
| Defendant. ) | |

Before the Court for consideration is the (#21) Report and Recommendation of Magistrate Judge Lawrence R. Leavitt, filed August 14, 2009. No opposition has been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered August 14, 2009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#21) be AFFIRMED and ADOPTED and that Defendant's (#17) Motion to Dismiss Based on Prior Unlawful Deportation is **DENIED**.

DATED: September 17, 2009

_____
Robert C. Jones
United States District Judge